Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Gregory W Oymaian | Chapter 13 |
| Kimberly J Oymaian | Case No.: 8:11-bk-26119-TA |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| | **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302438** in the sum of **$1,528.81** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Gregory W Oymaian
    Kimberly J Oymaian
    825 S Arden Street
    Anaheim, CA 92802

Date: September 19, 2016      __/S/_____
                               Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1126119 | Gregory W & Kimberly J Oymaian<br>ACCT: | Claim: 00000 | XXX-XX-9566<br>XXX-XX-1901 | 1,528.81 | 0.00 | 1,528.81 |
| | | TOTALS | | 1,528.81 | 0.00 | 1,528.81 |

Gregory W Oymaian
Kimberly J Oymaian
BALANCE:            [0.00 104/00000]
SSN: XXX-XX-9566    SSN: XXX-XX-1901
ACCT:               CASE: 1126119
PRINCIPAL:    1,528.81    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302438

Sep 12, 2016

VOID 90 DAYS FROM DATE

*****$1,528.81

PAY  One Thousand Five Hundred Twenty Eight And 81/ 100 Dollars

TO THE
ORDER OF

U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302438⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.